1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| REBIO TOWNSEND, | ) Case No. CV 11-10239-MMM (SP) |
| Plaintiff, | ) |
| | ) **ORDER ACCEPTING FINDINGS AND** |
| v. | ) **RECOMMENDATION OF UNITED** |
| | ) **STATES MAGISTRATE JUDGE** |
| ERIN ABBOT, | ) |
| Defendant. | ) |
| _____ | ) |

18
19
20
21

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records
on file, and the Report and Recommendation of the United States Magistrate Judge.
Plaintiff has not filed any written Objections to the Report within the time permitted.
The Court accepts the findings and recommendation of the Magistrate Judge.

22
23

    IT IS THEREFORE ORDERED that Judgment will be entered dismissing the
Complaint and this action without prejudice.

24
25
26

DATED: July 20, 2012                    _____
                                        HONORABLE MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE

27
28