JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO TOWNSEND,<br><br>              Plaintiff,<br><br>       v.<br><br>ERIN ABBOT,<br><br>              Defendant.<br>_____ | ) Case No. CV 11-10239-MMM (SP)<br>)<br>)<br>)<br>)  **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: July 20, 2012

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE